UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINDY KLEIN,

                Plaintiff,

      -against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

                Defendants.

**ORDER**

19-CV-11156 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff Hindy Klein ("Plaintiff") brought this action against five Defendants alleging that each willfully or negligently violated the Fair Credit Reporting Act ("FRCA"), 15 U.S.C. § 1681 *et seq.* (Doc. 1). Of those five Defendants, four—Equifax Information Services, LLC, Chase Bank (USA), N.A., Experian Information Solutions, Inc., and Transunion, LLC—have been dismissed voluntarily from this action with prejudice. (*See* Docs. 39, 57, 60, and 78). As for the remaining Defendant—American Express Company[1] ("Amex")—the Court granted previously its motion to compel arbitration and stay the action against it pending arbitration. (Doc. 69).

    Consequently, this case is STAYED pending the outcome of arbitration between Plaintiff and Amex. The parties are directed to file a joint letter upon completion of arbitration. The Clerk of the Court is respectfully directed to administratively close this case until arbitration is complete.

                              SO ORDERED:

Dated:   White Plains, New York
           February 24, 2021

                              PHILIP M. HALPERN
                              United States District Judge

---

[1] Amex maintains—without objection—that it was "incorrectly" or "erroneously" named in the Complaint as American Express Company and that the entity is properly referred to as "American Express National Bank." (*See* Docs. 22-23, 35-36, 40, 44). There has been no motion to amend the caption.